UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cr-14034 ROSENBERG/MAYNARD

18 U.S.C. § 2422(b)
18 U.S.C. §§ 2251(a) & (e)
18 U.S.C. § 2253

FILED BY WB D.C.

JUN 05 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES OF AMERICA,

vs.

KALEB HARRISON CHILDS,

Defendant.
_____/

# INDICTMENT

The Grand Jury charges that:

## COUNT 1
### Enticement of a Minor
### (18 U.S.C. § 2422(b))

On or about February 20, 2025, in Okeechobee County, in the Southern District of Florida, and elsewhere, the defendant,

**KALEB HARRISON CHILDS,**

using any facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce an individual who had not attained the age of eighteen (18) years, that is, Minor Victim 1, to engage in any sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

1

## COUNT 2
### Production of Material Involving the Sexual Exploitation of Minors
### (18 U.S.C. §§ 2251 (a) & (e))

On or about February 20, 2025, in Okeechobee County, in the Southern District of Florida, and elsewhere, the defendant,

**KALEB HARRISON CHILDS,**

did use, persuade, induce, entice and coerce, a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and that visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a) and (e).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **KALEB HARRISON CHILDS,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2422, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 2428(a)(1) and (2), the following:

    (a) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation, and

    (b) any property, real or personal, constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as the result of such violation.

3.      Upon conviction of a violation of Title 18, United States Code, Section 2251, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a)(1) through (3), the following:

(a)     any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110,

(b)     any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense, and

(c)     any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

All pursuant to Title 18, United States Code, Sections 2253(a) and 2428(a), and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Sections 2253(b) and 2428(b).

A TRUE BILL

_____
FOREPERSON

_____
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

_____
JUSTIN L. HOOVER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO.: 25-cr-14034 ROSENBERG/MAYNARD |
|---|---|их

UNITED STATES OF AMERICA

v.

KALEB HARRISON CHILDS,

_____/
Defendant.

CASE NO.: 25-cr-14034 ROSENBERG/MAYNARD

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☑ FTP
- ☐ FTL
- ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take  5  days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I ☑ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge Shaniek Mills Maynard   Magistrate Case No. 25-MJ-00052-SMM
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of 5/11/2025
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
JUSTIN L. HOOVER
Assistant United States Attorney
SDFL Court ID No. A5502493

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: KALEB HARRISON CHILDS

**Case No**: 25-cr-14034 ROSENBERG/MAYNARD

Count #: 1

Enticement of a Minor, 18 U.S.C. § 2422(b)

* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 Years' Imprisonment
* **Max. Supervised Release:** 5 Years to Life
* **Max. Fine:** $250,000 fine / $100 Special Assessment / $5,000 Special Assessment unless indigent

Count #: 2

Production of Material Involving Sexual Exploitation of Minors, 18 U.S.C. §§ 2251 (a) and (e)

* **Max. Term of Imprisonment:** 30 Years' Imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** 15 Years
* **Max. Supervised Release:** 5 Years to Life
* **Max. Fine:** $250,000 fine / $100 Special Assessment / $5,000 Special Assessment unless indigent

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.