UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CR-14034-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

vs.

KALEB HARRISON CHILDS,

Defendant.
_____/

## FACTUAL PROFFER

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, and Kaleb Harrison CHILDS ("Defendant" or "CHILDS"), together with his counsel, admits the government can prove the allegations contained within Count One of the Indictment, which charges the defendant with enticement of a minor, in violation of Title 18, United States Code, Section 2422(b), and Count Two, which charges the defendant with production of material involving sexual exploitation of minors, in violation of Title 18, United States Code, Section 2251(a) and (e); and also stipulates that those allegations, elements of the crime and the following recitation of the facts shall constitute the underlying factual basis for the entry of a plea of guilty in this case:

On March 26, 2025, while on duty as a middle school resource officer, Okeechobee County Sheriff's Office ("OCSO") Deputy B. Griesemer was notified of a lewd and lascivious complaint involving a 12-year-old female minor victim ("MV"). At all times relevant, MV was living in Okeechobee County, Florida. MV informed the deputy that she had previously sent nude pictures, to an adult, on a particular social media application (hereinafter referred to as "SMA").

1

SMA is a messaging and communication platform that allows users to create and join online communities known as "servers". These servers offer text, voice, and video chat capabilities enabling users to connect, share files, and engage in discussions within their communities.

MV's father consented to OCSO searching MV's phone. Upon review of MV's SMA account, the OCSO discovered communications with SMA username puffy5454, later determined to be CHILDS, who was then 25 years old and living in Charlotte, North Carolina.

On or about February 20, 2025, MV began communicating with CHILDS on SMA and stated that she was 13 years old. CHILDS asked MV to send a verification "selfie" by doing a specific hand sign to ensure that he was communicating with MV, and MV complied. CHILDS then asked MV what she sells and added that he is an "NSFW" (Not Safe For Work)[1] buyer. CHILDS then said *And by nsfw I mean like nudes and stuff U still ok with at?*

That same day, CHILDS sent a message to MV referencing whether she agreed with his proposals, what he likes to buy, and that she will be rewarded after the session. Portions of some of the messages sent by CHILDS include: *I like short stripping sessions, You would be naked at the end though be aware, I will guide you during the sessions!, Pretty much I will tell you what to take off step by step, I do reward AFTER the session is over which ik can be scary.* Below is a screenshot of some messages recovered from MV's phone:

---

[1] "NSFW" is commonly used as a warning that a website, picture, video, email attachment, etc. is not suitable for viewing at most places of employment, typically due to the sexual nature of the content.



MV agreed and said *I think I can do that*, with CHILDS replying, *Awesome! Wat reward method do u prefer.* CHILDS then provided a list of reward options to include Nitro, Robux, and Amazon gift cards, among others:



As the conversation progressed, CHILDS began to provide specific instructions on what type of sexual content he wanted MV to produce: *Next let's see ur adorable bra, Next let's see ur nice panties, Well next love let's see ur cute bra come off.* Below are more screenshots from MV's phone:






4

On April 9, 2025, Florida Nineteenth Judicial Circuit Judge Laurie E. Buchanan approved a State of Florida search warrant for the suspect SMA account with the date range of February 20, 2025, through March 23, 2025.

For the suspect account, SMA provided a billing name of Kaleb CHILDS and a billing address of 1714 Whispering Forest Drive, Apt 106, Charlotte, North Carolina, 28270.

Approximately 67 images/videos of MV were provided by SMA, that were found within CHILDS' account. The majority of the images/videos are sexual in nature. Below are brief descriptions of some of the images/videos.

- File Name: 1342276921165353091_1342298407326449734_1342298406319689881_SPOILER_IMG_3123.mov, depicts MV fully nude facing the camera, MV is then seen facing away from the camera, bending over with her vagina as the focal point.
- File Name: 1342276921165353091_1342669832138653808_1342669830876303492_SPOILER_IMG_3268.mov, depicts MV fully nude, facing the camera masturbating.
- File Name: 1342276921165353091_1344652378724634696_1344652377147572224_SPOILER_IMG_3705.mov, depicts MV fully nude in the shower, fondling breasts, and rubbing her vagina.
- File Name: 1102333811972374621_1342299093485223957_1342299092826591294_SPOILER_IMG_3122.mov, depicts MV fully nude, legs spread, while spreading open her vagina with her fingers.

MV told agents that she communicated with username puffy5454 on SMA, whom she told she was 13 years old and to whom she sent nude images. MV stated that this occurred while she was in Okeechobee County, Florida, which is within the Southern District of Florida.

MV stated that, in exchange for her sending the nude images/videos, CHILDS compensated her in the form of SMA "Nitros." SMA Nitro is a paid subscription service that enhances your SMA experience with various perks. It offers features like HD video streaming, custom emoji and stickers, bigger file sharing, profile personalization, and other benefits. Nitro also includes free server boosts and discounts on additional boosts.

Also within the information provided by SMA, pursuant to the State search warrant, was a list of IP addresses used by the suspect account. These IP addresses applied to SMA activity on and between February 20, 2025 at 00:15:48 UTC to March 18, 2025, at 17:57:27 UTC. On April 24, 2025, HSI submitted a summons to Verizon for subscriber information for some of these IP addresses during the aforementioned date range. One of these IP addresses was 174.210.89.23; the SMA records show the suspect profile used this IP address four times on February 20, 2025, between 16:38:55 UTC and 19:07:53 UTC. During that time frame, the suspect user also used two other IP addresses. This activity occurred hours prior to the communications pictured above.

On May 7, 2025, Verizon, pursuant to the summons, provided records indicating that IP address 174.210.89.23 was assigned to mobile phone number 980-230-9938, on February 20, 2025, from 16:23 UTC until 20:02 UTC. However, Verizon was using a "natting" process, meaning that during this time frame, approximately 176 mobile phones were using this IP address.

On an unknown date, CHILDS applied for a U.S. passport and listed his primary contact number as 980-230-9938 and his address as 1714 Whispering Forest Drive, Apt 106, Charlotte, North Carolina. CHILDS also listed his phone number as 980-230-9938, while booking a cruise.

On May 7, 2025, HSI submitted a summons to Verizon, requesting subscriber information for phone number 980-230-9938. Verizon responded, indicating that the subscriber for phone number 980-230-9938 was listed in the name of CHILDS' mother. The device using this phone number is a Samsung. Additionally, the information provided shows that phone number 980-230-9938 was connected to the previously mentioned IP address 174.210.89.23 on multiple occasions.

On May 8, 2025, Bank of America responded to an HSI summons and confirmed that CHILDS is a Bank of America employee who works a shift of 2:30 p.m. to 11:00 p.m. Bank of

America employee records show CHILDS provided a primary contact phone number of 980-230-9938 and an email of derpypenguin5555@gmail. This email address was listed as one of the emails within the Verizon records.

SMA records show that CHILDS' account used IP address 171.158.227.254 four times immediately surrounding the conversations in the images pictured above. Those times are:

- February 20, 2025 at 23:06 UTC
- February 21, 2025 at 00:25 UTC
- February 21, 2025 at 00:32 UTC
- February 21, 2025 at 01:23 UTC

Bank of America confirmed that the internet service provider for this IP address (171.158.227.254) is Bank of America. Bank of America also stated that this IP address is assigned to a Bank of America building and that employees can have access to this IP address while at the building. Bank of America also confirmed that CHILDS accessed this IP address on February 21, 2025, using a Samsung device, at approximately 4:12 p.m. EST.

Bank of America information showed one of CHILDS' personal addresses as 1714 Whispering Forest Drive, Apartment 106, Charlotte, North Carolina, 28270, which is the same address listed under the billing information provided by SMA.

Bank of America also provided that CHILDS has a bank account with Bank of America and a debit card, ending in 5664, which is the same last four numbers of the card provided in the billing information provided by SMA. Within the bank account activity provided by Bank of America, there are multiple purchases for SMA.

On May 11, 2025, agents interviewed CHILDS, who admitted using his cell phone and laptop to frequent SMA.

When agents encountered CHILDS, he was reentering the country from an international cruise. Pursuant to border search authority, agents searched CHILDS' cell phone, which was

7

located on his person. In CHILDS' phone, in an encrypted folder and a "deleted images" folder, agents found still and video images of child sexual abuse material ("CSAM"). The CSAM images were of young females, some appearing to be prepubescent. Agents also recovered apparent "verification" photos, similar to what MV described. Agents further recovered screenshots on CHILDS' phone of interactions involving a user "Puffy," which is the screenname used to communicate with MV. Moreover, agents recovered an image of a female whose image was also found in the puffy5454 account.

One June 2, 2025, HSI agents executed a federal search warrant at CHILDS' residence, located at 3808 Allaire Avenue, Apt. 2405, Charlotte, Mecklenburg County, North Carolina (Western District of North Carolina, 3:25-MJ-00136-WCM). One of the computers seized from that location contained hundreds of images of CSAM.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 10/14/2025     By: _____
JUSTIN L. HOOVER
ASSISTANT UNITED STATES ATTORNEY

Date: 10/12/25       By: _____
JEREMY McLYMONT
ATTORNEY FOR DEFENDANT

Date: 10/12/25       By: _____
KALEB HARRISON CHILDS
DEFENDANT