UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-14034-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KALEB HARRISON CHILDS,

    Defendant.

_____/

### REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** comes before me upon an Order of Reference. Having conducted a Change of Plea Hearing, I recommend to the District Court as follows:

1.    I convened a hearing to permit the Defendant to change his plea in this criminal case on October 14, 2025.

2.    At the hearing's outset, I advised the Defendant of his right to have the District Judge assigned to this case conduct this proceeding. I advised the Defendant that I was conducting the Change of Plea Hearing at the request of the Defendant, the Defendant's attorney, and the Assistant United States Attorney assigned to this case. I advised the Defendant that the District Judge assigned to this case will be the sentencing judge, will make all findings and rulings concerning the Defendant's sentence, and will schedule and conduct the Sentencing Hearing. I advised the Defendant that he did not have to permit me to conduct this hearing but could request a United States District Judge to conduct the Change of Plea Hearing instead. The Defendant, the Defendant's attorney, and the Assistant United States Attorney assigned to the case all agreed on

the record and consented to have a United States Magistrate Judge conduct the Change of Plea Hearing.

3. I conducted the plea colloquy in accordance with the outline set forth in the Bench Book for District Judges.

4. There is a written Plea Agreement which has been entered into by the parties in this case. DE 38. I reviewed the Plea Agreement on the record and had the Defendant acknowledge that he signed the Plea Agreement. The Defendant indicated to me that he fully understands the Plea Agreement.

5. The Defendant pleaded guilty to Counts One and Two of the Indictment. Count One charges the Defendant with Enticement of a Minor, in violation of Title 18, United States Code, Section 2422(b). Count Two charges the Defendant with Production of Material Involving the Sexual Exploitation of Minors, in violation of Title 18, United States Code, Section 2251(a) and (e).

6. The mandatory minimum and maximum statutory penalties were announced on the record. The Defendant acknowledged his understanding of the mandatory minimum and maximum statutory penalties that could be imposed against him in this case.

7. The Plea Agreement contains a provision regarding restitution. The Defendant acknowledged that he understands restitution is mandatory and he owes restitution in an amount to be determined at sentencing.

8. The Plea Agreement contains provisions regarding forfeiture. As to Count One, the Defendant agrees to forfeit to the United States any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense; and any property, real or personal, constituting, or derived from proceeds the Defendant obtained, directly or indirectly,

as a result of the violation. As to Count Two, the Defendant agrees to forfeit to the United States any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18 of the United States Code; any property, real or personal, constituting, or traceable to gross profits or other proceeds obtained from such violation; and any property, real or personal, used or intended to be used to commit or to promote the commission of such violation or any property traceable to such property.

9. The parties submitted a written Factual Proffer, which was signed by counsel for the Government, counsel for the Defendant, and the Defendant. DE 39. The Defendant acknowledged that he signed the Factual Proffer, understands it, and has had an opportunity to fully discuss it with his attorney. The Defendant agreed that the Factual Proffer is true and correct and accurately sets forth the facts in his case as he understands them to be. I find that the Factual Proffer sets forth each of the essential elements of the crime to which the Defendant is pleading guilty. Counsel agreed that the Factual Proffer not be read into the record since the original has been signed by all parties, including the Defendant, and will be filed with the Court.

10. Based on the foregoing and the plea colloquy that I conducted, I find that the Defendant enters his guilty plea freely and voluntarily. I accept his guilty plea and recommend to the District Court that it adjudicate him guilty of Counts One and Two of the Indictment.

11. The United States Probation Office will conduct a pre-sentence investigation and will issue a report for sentencing purposes.

**ACCORDINGLY**, I recommend to the District Court that the Defendant's plea of guilty to Counts One and Two of the Indictment be accepted; that the Defendant be adjudicated guilty of

the offenses to which he pleads guilty; and that a Sentencing Hearing be conducted for final disposition of this case.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Jose E. Martinez, the United States District Judge assigned to this case. Pursuant to Rule 59(b)(2), Fed. R. Crim. P., failure to file a timely objection to this Report and Recommendation waives the party's right to review and bars the party from attacking on appeal any legal rulings or fact findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 15th day of October, 2025.

_____
SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE